625 A.2d 53

**RITCHEY TRUCKING, INC., Appellant,**

v.

**PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided May 26, 1993.

Blair V. Pawlowski, Pawlowski & Tulowitzki, Ebensburg, for appellant.

Larry A. Silverman, Dickie, McCamey & Chilcote, P.C., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.